## POE v. THE STATE.

(Decided June 30, 1915.)

APPEAL from Fayette Circuit Court.

Heard before Hon. BERNARD HARWOOD.

Walter Nesmith and Beasley & Wright, for appellant. W. L. Martin, Attorney General, for the State.

Per Curiam. The record has been considered in the light of rule 46, Supreme Court Practice, and no error prejudicial to the defendant appears. Affirmed.